# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation<br>v.<br>SIOUX PRINTING, INC., a South Dakota corporation | FILED: APRIL 9, 2008<br>08CV2013    PH<br>JUDGE CONLON<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation

| NAME (Type or print) |
|---|
| Maysoun B. Iqal |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Maysoun B. Iqal |

| FIRM |
|---|
| COSTON & RADEMACHER |

| STREET ADDRESS |
|---|
| 105 W. Adams, Suite 1400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 005855 | (312) 205-1010 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |