AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

General Electric Capital Corporation, a
Delaware corporation

V.

Sioux Printing, Inc., a South Dakota corporation

CASE NUMBER: 08-CV-2013

ASSIGNED JUDGE: Honorable Suzanne B. Conlon

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Sioux Printing
c/o Jon Lewin
500 E. 52nd St. North
Sioux Falls, SD 57104-0639

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                     DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
              Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 08-CV-2013

Plaintiff:
**General Electric Capital Corporation, a Delaware Corporation**
vs.
Defendant:
**Sioux Printing, Inc. a South Dakota Corporation**

For:
Coston & Rademacher
105 W. Adams Street, Suite 1400
Chicago, IL 60603

Received by Front Range Legal Process Service, Inc. to be served on **Sioux Printing Jon Lewin, 500 E. 52nd St., North, Sioux Falls, SD 57104**.

I, Tom Melick, being duly sworn, depose and say that on the **8th day of May, 2008** at **2:41 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case; Complaint** with the date and hour of service endorsed thereon by me, to: **Dan Messersmiet as General Manager** for **Sioux Printing**, at the address of: **500 E. 52nd St., North, Sioux Falls, SD 57104**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 8th day of May, 2008 by the affiant who is personally known to me.

Annie E. VandeMore
My Commission Expires 2-26-2013
Notary public

Annie E. VandeMore
NOTARY PUBLIC
SOUTH DAKOTA

Tom Melick
Process Server

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008003458

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f