UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of General Electric Capital Corporation, a Delaware corporation, v. Sioux Printing, Inc., a South Dakota corporation.

FILED
MAY 2 7 2008 TC
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08-CV-2013

Judge Conlon

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: Sioux Printing, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE  *Melissa Widen* | SIGNATURE |
| NAME  Melissa S. Widen, Esq. | NAME |
| FIRM  N/A | FIRM |
| STREET ADDRESS  1725 West Wellington | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, IL 60657 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  773.294.1000   FAX NUMBER  773.935.4275 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS  widengoldman@mac.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6208212 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ✓   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ✓   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

MHN