IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| General Electric Capital Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 08-CV-2013 |
| | ) | |
| Sioux Printing, Inc., | ) | Judge Conlon |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

1. On April 9, 2008, plaintiff filed its Complaint in the above referenced action.

2. Defendant must answer or otherwise plead by May 28, 2008.

3. Defendant has initiated discussions with plaintiff that hopefully will resolve this matter without court intervention. Accordingly, defendant respectfully requests a 30-day extension to answer or otherwise plead.

4. Plaintiff's counsel consents to this extension.

WHEREFORE, defendant Sioux Printing, Inc. respectfully requests a 30-day extension to file its answer or otherwise plead, which would then be due on June 27, 2008.

May 27, 2008

Respectfully submitted,

_____
Melissa S. Widen
Attorney for Defendant

Melissa S. Widen, Esq.
1725 West Wellington
Chicago, Illinois 60657
773.294.1000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General Electric Capital Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 08-CV-2013 |
| ) | |
| Sioux Printing, Inc., ) | Judge Conlon |
| ) | |
| Defendant. ) | |

**AGREED ORDER FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Having reviewed defendant Sioux Printing Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead,

IT IS HEREBY ORDERED THAT:

1.  Defendant Sioux Printing, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead is HEREBY GRANTED; and

2.  Defendant Sioux Printing, Inc. shall answer or otherwise plead to the Complaint by June 27, 2008.

May __, 2008

_____
Honorable Suzanne B. Conlon

## CERTIFICATE OF SERVICE

I certify that on this 27th day of May, 2008, I served the foregoing **Entry of Appearance and Unopposed Motion for Extension of Time to Answer or Otherwise Plead** via First Class United States Mail, postage prepaid to the following:

>Patricia E. Rademacher, Esq.
>Coston & Rademacher
>105 W. Adams, Suite 1400
>Chicago, IL 60603

_____
Melissa S. Widen