MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 27 2008 TC
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| General Electric Capital Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 08-CV-2013 |
| Sioux Printing, Inc. ) | |
| ) | Judge Conlon |
| Defendant. ) | |
| ) | |
| ) | |

### NOTICE OF MOTION

To:   All Counsel on the Attached Service List

PLEASE TAKE NOTICE that on Tuesday, June 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Hon. Suzanne B. Conlon or any Judge sitting in her stead in courtroom 1743 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and present the Agreed Motion for Extension of Time of Defendant Sioux Printing, Inc.  A copy of this motion is provided and served upon you herewith.

Dated May 27, 2008

By: _Melissa Widen_
Melissa S. Widen
1725 West Wellington
Chicago, Illinois 60657
773.294.1000

*Attorney for Defendant*