# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 6/03/08 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion [9] for an extension of time to June 27, 2008 to file its answer or otherwise plead is granted. Initial status hearing set on June 16, 2008 at 9:00 a.m. stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02013   Document 11   Filed 06/03/2008   Page 1 of 1

08C2013 GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC.   Page 1 of 1