# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 6/17/2008 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to July 22, 2008 at 9:00 for report on settlement or to set schedule. Parties shall comply with FRCP 26(a)(1) by July 22, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02013    Document 12    Filed 06/17/2008    Page 1 of 1

08C2013 GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC.    Page 1 of 1