UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION,** a Delaware corporation ) ) ) ) Plaintiff, ) ) v. ) ) **SIOUX PRINTING, INC.,** a South Dakota corporation ) ) ) Defendant. ) | CASE NO.   2008-CV-2013 |

## NOTICE OF MOTION

To:   Melissa S. Widen                    Clair Gerry
      1725 West Wellington                Stuart, Gerry & Schlimgen
      Chicago, IL 60657                   PO Box 966
                                          Sioux Falls, SD  57101

**PLEASE TAKE NOTICE THAT** on the 22nd day of July, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Suzanne B. Conlon presiding in Room 1743 at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604 and then and there present Plaintiff's Motion to Strike Affirmative Defenses, a copy of which is attached hereto and herewith served upon you.

                          GENERAL ELECTRIC CAPITAL CORPORATION


                          By:  /s/  Patricia E. Rademacher
                               One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010

## **CERTIFICATE OF SERVICE**

I, Patricia E. Rademacher, an attorney, certify that I served a copy of this Certificate of Service and attached Notice of Hearing and Motion to Strike via electronic delivery on the ECF system and First Class mail to:

Melissa S. Widen
1725 West Wellington
Chicago, IL 60657

Clair Gerry
Stuart, Gerry & Schlimgen
PO Box 966
Sioux Falls, SD 57101

By causing said documents to be placed into a properly addressed envelope and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on July 15th, 2008.


GENERAL ELECTRIC CAPITAL CORPORATION


By: /s/ Patricia E. Rademacher
    One of its Attorneys

Patricia E. Rademacher (06205831)
Maysoun Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010