IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| General Electric Capital Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 08-CV-2013 |
| | ) | |
| Sioux Printing, Inc., | ) | Hon. Suzanne B. Conlon |
| | ) | |
| Defendant. | ) | |

**SIOUX PRINTING'S RULE 26(a)(1) DISCLOSURES**

Sioux Printing, Inc. ("Sioux Printing") hereby submits the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) based upon information reasonably available to as of the date of these Disclosures. These Disclosures may be supplemented or modified as the investigation into this case continues.

(A) **Individuals Likely to Have Discoverable Information in Support of Claims or Defenses:**

1. Jon Lewin, President, Sioux Printing

2. Dan Messerschmidt, General Manager, Sioux Printing

(B) **Documents in Sioux Printing's Possession, Custody or Control in Support of Claims and Defenses:**

1. Master Lease Agreement and all schedules, modifications and related agreements;

2. Correspondence between GECC and Sioux Printing relating to the allegations in the complaint.

    (C)    **Documents Relating to Computation of Damages:**

        None.

    (D)    **Insurance Agreements Applicable to this Dispute:**

        None known at this time.

July 21, 2008        Respectfully submitted,

        /s/ Melissa S. Widen
        _____

        Melissa S. Widen, Esq.
        1725 West Wellington
        Chicago, Illinois 60657
        773.294.1000
        773.935.4275 (fax)
        Attorney for Defendant Sioux Printing

# CERTIFICATE OF SERVICE

      The undersigned certifies that on July 21, 2008, she caused a copy of Sioux Printing's Rule 26(a)(1) Disclosures to be served on counsel for General Electric Capital Corporation by placing same in the U.S. Mail, postage prepaid to"

> Patricia E. Rademacher
> Maysoun Iqal
> Coston & Rademacher
> 105 W. Adams, Suite 1400
> Chicago, IL 60603

*/s/ Melissa Welden*