## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 7/22/2008 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC., | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held and continued to August 7, 2008 at 9:00 a.m. Plaintiff's motion to strike affirmative defenses of defendant Sioux Printing [14] is entered and continued to August 7, 2008.

*/s/ Suzanne B. Conlon*

.Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02013   Document 17   Filed 07/22/2008   Page 1 of 1

08C2013 GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC.,   Page 1 of 1