Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 8/7/2008 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement and motion hearing held. Due to defendant's failure to appear in opposition or to object, the plaintiff's motion to strike affirmative defenses [14] is granted. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on December 5, 2008. Submission of the joint modified pretrial order is set on December 19, 2008 at 9:00 a.m.; plaintiff's draft pretrial order shall be submitted to defendant by December 5, 2008. The case is placed on the January trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|