UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation </br></br> Plaintiff, </br></br> v. </br></br> SIOUX PRINTING, INC., a South Dakota corporation </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> CASE NO.   2008-CV-2013 |

### ORDER ON MOTION TO AMEND PLEADINGS

This cause coming to be heard upon Plaintiff's Motion to Amend Pleadings, the Court being fully advised in the premises and having considered the Motion, and there being no opposition thereto, it is

**HEREBY ORDERED THAT** Plaintiff shall file its Amended Complaint by August 21, 2008.

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
Suzanne B. Conlon, Judge
United States District Court

Submitted by:

/s/ Patricia E. Rademacher
Patricia E. Rademacher (06205831)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation ) ) ) ) | |
| Plaintiff, ) ) | CASE NO.   2008-CV-2013 |
| v. ) ) | |
| SIOUX PRINTING, INC., a South Dakota corporation ) ) ) | |
| Defendant. ) | |

## MOTION TO AMEND PLEADINGS

**NOW COMES** Plaintiff, GENERAL ELECTRIC CAPITAL CORPORATION ("GECC"), by and through its attorneys, COSTON & RADEMACHER, and for its Motion (the "Motion") to Amend Pleadings, states as follows:

**1.**

On or about April 9, 2008, Plaintiff filed its Complaint against Defendant in the above-captioned cause.  The subject of the Complaint was Defendant's breach of contract as related to a Master Lease Agreement between the parties.  Plaintiff and Defendant have worked to resolve the matter but in order to do so, Plaintiff must amend its Complaint to include two (2) additional parties.

**WHEREFORE**, Plaintiff, GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, prays that its Motion is granted and for such further legal and equitable relief as this Court deems appropriate.

GENERAL ELECTRIC CAPITAL CORPORATION

By: /s/  Patricia E. Rademacher
One of its Attorneys

Patricia E. Rademacher (06205831)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010