# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 08/20/08 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend pleadings [19] is entered and continued to August 26, 2008 at 9:00 a.m.

*Suzanne B. Conlon* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|