# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 8/26/2008 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's *unopposed* motion to amend pleadings [19] is granted. Status hearing is set on September 9, 2008 at 9:00 a.m. for report on settlement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|