# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2013 | **DATE** | 9/9/2008 |
| **CASE TITLE** | GENERAL ELECTRIC CAPITAL CORPORATION vs. SIOUX PRINTING, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. The parties report the case has settled. The case is dismissed pursuant to the settlement agreement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|